## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 14-59538 -JRS |
| PATRICK JEROME BEAUFORT, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| PATRICK JEROME BEAUFORT, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | **CONTESTED MATTER** |
| ) | |
| CREDIGY RECEIVABLES, INC., ) | |
| ) | |
| Respondent. ) | |

## MOTION TO AVOID JUDICIAL LIEN

COMES NOW THE DEBTOR in the above-styled Chapter 13 case, by and through counsel, and files this "Motion to Avoid Judicial Lien" ("Motion") and moves for an order avoiding a lien held by the Respondents pursuant to 11 U.S.C. § 522(f) alleging as follows:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151, and 28 U.S.C. Section 157.

2.

This Court is the proper venue for this matter pursuant to 28 USC Section 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. Section 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code May 14, 2014 and is eligible for relief under 11 U.S.C. §109.

5.

Respondent obtained a judgment against Debtor in 2006 in the Magistrate Court of Fulton County, case number 06A55357-7. The amount of the judgment is approximately $11,472.70.

6.

Pursuant to 11 U.S.C. § 522 and O.C.G.A. § 44-13-100, the Debtor properly claimed as exempt on Schedule C the property described in Schedules A and B. Respondent's lien on this property impairs the claimed exemptions.

WHEREFORE, the Debtor is entitled to entry of an order avoiding Respondents' lien against the exempt property as set forth above.

                              Respectfully submitted,

                              /s/
                              Susan Shiptenko
                              GA Bar No. 374402
                              Attorney for Debtor
                              BERRY AND ASSOCIATES
                              2751 Buford Hwy, Suite 400
                              Atlanta, GA 30324
                              (404) 235-3300
                              Susan@mattberry.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 14-59538 -JRS |
| PATRICK JEROME BEAUFORT, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| PATRICK JEROME BEAUFORT, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | **CONTESTED MATTER** |
| ) | |
| CREDIGY RECEIVABLES, INC., ) | |
| ) | |
| Respondent. ) | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO
AVOID LIENS ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

**NOTICE IS HEREBY GIVEN** that a motion to avoid liens on exempt property pursuant to 11 U.S.C. § 522 has been filed in the above styled case on or about May 14, 2014.

**NOTICE IS FURTHER GIVEN** that, pursuant to Local Rule 6008-2 NDGA, the Respondent must file a response to the motion within 21 days after service, exclusive of the day of service, and serve a copy of same on Debtor's Attorney.  In the event that no response is timely filed and served, then the Bankruptcy Court may enter an order granting the relief sought.

Dated: May 14, 2014                                 /s/
                                                                Susan Shiptenko
                                                                GA Bar No. 374402
                                                                Attorney for Debtor
                                                                BERRY AND ASSOCIATES
                                                                2751 Buford Hwy, Suite 400
                                                                Atlanta, GA 30324
                                                                (404) 235-3300

## CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Adam M. Goodman
Chapter 13 Trustee
260 Peachtree Street
Suite 200
Atlanta, Georgia 30303

The Dillon Law Firm, PC
Attorney for the Creditor
1130 Hurricane Shoals Rd Ste 600
Lawrenceville, GA 30043

Credigy Receivables, Inc.
Attn: Scott Loynd, Agent
3715 Davinci Ct., Suite 200
Norcross, Georgia 30092-2670
(Certified Mail)

Patrick Jerome Beaufort
836 Lake Knoll Drive, NW
Lilburn, Georgia 30047

This the 14th day of May, 2014.

/s/
Susan Shiptenko
GA Bar No. 374402
Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 400
Atlanta, GA 30324
(404) 235-3300