UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 14-59538 |
| PATRICK JEROME BEAUFORT, | |
| Debtor(s)/Movant(s), | CHAPTER 13 |
| v. | |
| CREDIGY RECEIVABLES, INC., | |
| Respondent. | |

## ORDER

Before the Court is Debtor's Motion to Avoid Lien, as provided by 11 U.S.C. §522(f) and Bankruptcy Rule 4003(d). Respondent has not filed a response, and the motion is deemed unopposed. See BLR 6008-2, NDGa. Since the creditor whose lien is sought to be avoided has not controverted the Debtor's allegations, IT IS HEREBY ORDERED that the Judicial Lien held by Respondent upon exempt property of the Debtor(s) is AVOIDED to the extent that such lien impairs an exemption to which Debtor would have been entitled pursuant to 11 U.S.C. Section 522(b).

IT IS SO ORDERED, this 23 day of June, 2014.

_____
JAMES R. SACCA
UNITED STATES BANKRUPTCY JUDGE

## DISTRIBUTION LIST

**Patrick Jerome Beaufort**
836 Lake Knoll Drive, N.W.
Lilburn, GA 30047


**Matthew Thomas Berry**
Law Office of Matthew T. Berry
Suite 400
2751 Buford Highway
Atlanta, GA 30324


**Adam M. Goodman**
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

**The Dillon Law Firm, PC**
Attorney for the Creditor
1130 Hurricane Shoals Rd Ste 600
Lawrenceville, GA 30043


**Credigy Receivables, Inc.**
Attn: Scott Loynd, Agent
3715 Davinci Ct., Suite 200
Norcross, Georgia 30092-2670